# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE CHESTER BROWN, JR., and SHEILA BROWN, | CASE NO. 1:12-cv-01597-AWI-SMS |
| Plaintiffs, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | (Doc. 2) |

By a motion filed September 28, 2012, Plaintiffs Horace Chester Brown, Jr., and Sheila Brown seek to proceed *in forma pauperis*. Plaintiffs have submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   October 2, 2012**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1